**Susan Marie HETTICH, f/k/a Susan Marie Tunison, Petitioner/Appellant,**

v.

**Steven Edward TUNISON, Respondent/Respondent.**

**No. 62908.**

Missouri Court of Appeals, Eastern District, Division One.

Aug. 24, 1993.

Tim Braun, Pros. Atty., Donna L. Offner, Asst. Pros. Atty., St. Charles County, St. Charles, for petitioner/appellant.

Maryella Kelly, Niedner, Niedner, Ahleim & Rodeux, St. Charles, for respondent/respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Wife appeals from that portion of the trial court's order modifying the award of child support in the decree of dissolution of marriage. We affirm. The judgment of the trial court is supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).